ACCEPTED
01-15-00197-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/18/2015 11:03:53 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00197-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/18/2015 11:03:53 AM

CHRISTOPHER A. PRINE
Clerk

### IN THE COURT OF APPEALS
### FOR THE FIRST DISTRICT OF TEXAS
### AT HOUSTON

### LETICIA LOYA,
*Appellant,*

### v.

### IAN TAYLOR, JACOBUS STERKEN, STICHTING TINSEL GROUP, VITOL HOLDING II S.A., AND TINSEL GROUP, S.A.,
*Appellees.*

Appeal from the 190th Judicial District Court, Harris County, Texas
Trial Court Cause No. 2012-33464

### UNOPPOSED THIRD MOTION TO EXTEND
### TIME FOR FILING APPELLANT'S BRIEF

### TO THE HONORABLE FIRST COURT OF APPEALS:

LETICIA LOYA, Appellant, moves this Court to grant an extension of time to file Appellant's Brief, and respectfully states:

1. Appellant's Brief is due to be filed with this court on or about May 22, 2015.

2. Appellant seeks a seven (7) day extension of time to file Appellant's Brief, which would make Appellant's Brief due on or before May 29, 2015.

1

3. This extension of time is necessary because lead counsel for Appellant was/is participating in several oral arguments, appeals and/or trials with deadlines prior to the May 22nd deadline:

- *Universal Gold Coin v. FedEx et al*, Western District of Tennessee (additional summary judgment and pre-trial motions)
- *Altamirano v. KONE*, 136th Judicial District of Texas (several out-of-state depositions, discovery deadline approaching)
- *Rojo v. Kolander*, 172nd Judicial District of Texas (trial)
- *Reado v. Lopez*, 136th Judicial District of Texas (trial)

As a result, time constraints will make it difficult to adequately prepare the brief in this appeal. This request is not filed for the purpose of delay, but rather to afford counsel adequate time to prepare the brief. Therefore, additional time is needed to adequately prepare the arguments in this case.

4. Counsel for Appellant has conferred with counsel for Appellees Ian Taylor, Jacobus Sterken, Stichting Tinsel Group, Vitol Holding II S.A., and Tinsel Group, S.A., and Appellees do not oppose this motion to extend time.

5. This is the third extension of time Appellant has sought for the filing of the Appellant's Brief. However, the first extension of time was an extension sought out of an abundance of caution before the reporter's record was filed. After the reporter's record was filed, the Court set the due date for a time that did not include any extension, during which time Appellant's counsel learned of other motions and depositions for which she would be responsible, thus requiring additional time for adequate briefing.

2

Appellant's counsel then filed a second motion for extension that only requested an additional twelve (12) days. This extension requests only an addition seven (7) days. As a result, Appellant's total requested extension time is only nineteen (19) days. Appellant does not anticipate any further necessary extensions. Appellee's counsel has no objection.

For these reasons, LETICIA LOYA, Appellant, requests that this Court render an order extending the time for filing Appellant's Brief to and including May 29, 2015. Appellant also requests any other relief to which she may be entitled.

Respectfully submitted,

**PROVOST ⋆ UMPHREY LAW FIRM, L.L.P.**
490 Park Street
P. O. Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 813-8682 (FAX)

By: /s / Jennifer Job
   Jennifer Job
   Texas State Bar No. 24050682
   James Payne
   Texas State Bar No. 00788171
**ATTORNEYS FOR APPELLANT**

3

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Appellees Ian Taylor, Jacobus Sterken, Stichting Tinsel Group, Vitol Holding II S.A., and Tinsel Group, S.A. concerning this motion, and Appellees do not oppose the relief requested in this motion.

_/ s / Jennifer Job_

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion to amend notice of appeal has been sent to all known counsel of record via EFILE and/or certified mail, return receipt requested on May 18, 2015.

_/ s / Jennifer Job_
Jennifer Job